USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/15/2014__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                   :
VAN DONGEN,                                    :
                                      Plaintiff,     :
                                                            :
                       -against-                      :          No. 11 Civ. 7320 (VSB)
                                                            :
                                                            :             <u>FINAL JUDGMENT AND</u>
CNINSURE INC. ET AL,                   :          <u>ORDER OF DISMISSAL WITH</u>
                                                             :                    <u>PREJUDICE</u>
                                       Defendants.   :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Court having considered the arguments raised at a fairness hearing on July 9, 2014, Lead Plaintiffs' Motion for Approval of the Plan of Distribution of the Settlement Proceeds, and all other papers filed and proceedings had herein and otherwise being fully informed in the premises;

       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

       1. This Order incorporates by reference the definitions in the Settlement Agreement dated March 19, 2014 (the "Stipulation") and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

       2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Distribution and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Distribution.

       3. The Court finds and concludes based upon the "(1) the time and labor expended by counsel; (2) the magnitude and complexities of the litigation; (3) the risk of the litigation; (4) the quality of representation; (5) the requested fee in relation to the settlement; and (6) public policy considerations," *In re Worldcom, Inc. ERISA Litig.*, 02-CV-4816, 2004 WL 2922083, at *10 (S.D.N.Y. Dec. 17, 2004), that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "Notice") sent to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among the Class Members, with due consideration having been given to administrative convenience and necessity.

      4. This Court finds and concludes that the Plan of Distribution, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Distribution.

      SO ORDERED.

Dated:   August 15, 2014
           New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge